# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER,<br><br>Plaintiff,<br><br>-vs-<br><br>JRD KING LLC and ERMIAS & DANIEL CORPORATION, individually,<br><br>Defendants. | Cause No. 2:21-cv-351RSL<br><br>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE FOR DEFENDANT ERMIAS & DANIEL CORPORATION |

Plaintiff, Robert Kessler, and Defendant Ermias & Daniel Corporation, by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice Defendant Ermias & Daniel Corporation from this action pursuant to the parties' settlement agreement and LCR 7(d)(1).

**IT IS SO ORDERED**, Defendant Ermias & Daniel Corporation shall be Dismissed from this lawsuit with prejudice.

Dated this 12th day of May, 2021.

_____
United States District Court Judge

DATED this 10 May 2021.

Respectfully submitted,

*/s/ Derek Butz*
Derek Butz
WSBA #54240
Enabled Law Group
P.O. Box 18953
Spokane, Washington 99228
Telephone: 206-445-3961
Email: DB@Enabledlawgroup.com

*/s/ Michael Orr*
Michael Orr
Call & Jensen
610 Newport Center Drive, STE 700
Newport Beach, California
(949)-294-7608
msorr@calljensen.com
*Attorney for Defendant Ermias & Daniel Corporation*